**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Bloom,<br><br>    Petitioner,<br><br>vs.<br><br>United States Department of Treasury,<br><br>    Respondent.<br>_____<br>United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Rolls Royce Phantom Sedan 2004, VIN # SCA1S68444UX07410,<br><br>    Defendant.<br>_____ | No. CV-12-1999-PHX-FJM<br><br>No. CV-12-2337-PHX-FJM<br><br>**ORDER** |

    Before the court is petitioner Joshua Bloom's motion to extend the time to file an appeal (doc. 23, 12-CV-1999; doc. 25, 12-CV-2337). Bloom seeks an additional 60 days in which to file a notice of appeal of our orders denying his motions to set aside default and re-open cases. (doc. 22, 12-CV-1999; doc. 24, 12-CV-2337). The Government has not filed objections to the motions.

    The orders from which Bloom hopes to appeal were filed on September 20, 2013.

1  Therefore, the deadline for filing an appeal was November 20, 2013. Fed. R. App. P.
2  4(a)(1)(B) (60-day deadline to appeal when any party is the United States). A motion to
3  extend the time to appeal must be filed with the district court "no later than 30 days after the
4  time prescribed by Rule 4(a) expires" and the moving party demonstrates "excusable neglect
5  or good cause." Fed. R. App. P. 4(a)(5)(A)(i) and (ii). Because Bloom filed his motion for
6  extension of time within the 30-day window, the only question before us is whether Bloom
7  has demonstrated good cause or excusable neglect.

8  Bloom contends that good cause exists because he was adjudicated incompetent by
9  Judge *Pro Tem* Barbara Spenser in the Superior Court of Arizona in Maricopa County and
10 he is still undergoing court-ordered competency restoration.

11 We agree that Bloom's adjudicated lack of competency in the Superior Court
12 constitutes good cause for a 60-day continuance of time to perfect an appeal.

13 Therefore, **IT IS ORDERED GRANTING** petitioner's motions for extension of time
14 (doc. 23, 12-CV-1999; doc. 25, 12-CV-2337). Petitioner or his legal guardian must file a
15 notice of appeal on or before January 20, 2014.

16 DATED this 9th day of December, 2013.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge